USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND,

                Plaintiff,

     - against -

THEODORE WILLIAMS CONSTRUCTION
COMPANY, LLC,

                Defendants.
-----------------------------------------------------------X

22-CV-9645 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Defendant's response to the complaint was due by December 7, 2022. No response appears on file. By **February 7, 2023**, Plaintiff shall file a status report and indicate whether Plaintiff intends to seek default judgment.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 31, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1