```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY          :
DISTRICT COUNCIL OF CARPENTERS         :
PENSION FUND,                          :
                                       :        22-CV-9645 (GHW) (RWL)
                    Plaintiff,         :
                                       :
             - against -               :        **ORDER**
                                       :
THEODORE WILLIAMS CONSTRUCTION         :
COMPANY, LLC,                          :
                                       :
                    Defendants.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the initial pretrial conference held on April 5, 2023, the parties shall (1) meet and confer about early exchange of documents and information pertaining to Defendant's insolvency and the prospects for early resolution by **May 5, 2023**, and (2) file a joint status letter addressing the early exchange of information, whether the parties desire early alternative dispute resolution, and, if so, whether they prefer the Court-annexed mediation a program or a conference with myself.  If the parties disagree as to the preferred forum, they shall not indicate which party prefers which forum but shall instead merely note that the parties do not agree, in which case I will determine the forum to be used.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2023
       New York, New York

1

Copies transmitted this date to all counsel of record.